UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHALA BERNAL-BROWN,<br><br>Plaintiff,<br><br>vs.<br><br>CALIFORNIA IRONWORKERS FIELD PENSION TRUST, et al.,<br><br>Defendant. | CASE NO. 2:23-cv-09766-WLH-MRW<br><br>**JUDGMENT**<br><br><br>**Judge:**   Wesley L. Hsu |

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of Plaintiff Shala Bernal-Brown ("Bernal-Brown") and against Defendants California Ironworkers Field Pension Trust ("Pension Trust") and Board Of Trustees Of The California Ironworkers Field Pension Trust ("Trustees"), (collectively referred to as "Defendants") in accordance with this Court's April 17, 2024, Order Granting Plaintiff's Motion for Summary Judgment; and Denying Defendants' Motion for Judgment on the Pleadings or in the Alternative for Summary Judgement as Moot (ECF Doc. No. 40).

    Pursuant to this Court's Judgment, Defendants are ORDERED to retroactively grant, and pay retroactively and prospectively, Bernal-Brown's pension benefits under the terms of the QDRO and Pension Trust plan as follows:

A monthly pension of $230.94 effective May 1, 2022, plus a 13th payment in December of each year as a single life annuity with a 36-month certain guarantee, payable in accordance with the following:

    i.   A one-time distribution of $6,252.32, representing missed payments and interest from May 1, 2022, through April 30, 2024; and

    ii.   Monthly payments of $230.94 effective May 1, 2024, plus a 13th payment in December of each year for as long as Brown-Bernal shall live. The May and June 2024 payments shall be paid on or before June 20, 2024.

Defendants are also ORDERED to pay Plaintiff's attorneys, Robert J. Rosati and Raquel M. Busani, the sum of $83,000.00 as reasonable attorney's fees and costs incurred in litigating the instant action, payable to Robert J. Rosati.

**IT IS SO ORDERED.**

Dated: 6/24/2024

                                                HON. WESLEY L. HSU
                                              UNITED STATES DISTRICT JUDGE